IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHARL SHORTER,

        Petitioner,

                                          CORRECTED

v.                                          Case No.  5D18-1288

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed August 24, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Charl Shorter, Bushnell, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 12, 2017 judgment and sentence rendered in Case No. 2015-CF-2674-A, in the Circuit Court in and for Seminole County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


SAWAYA, TORPY and WALLIS, JJ., concur.